UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
No. 07-3512-Dubé

UNITED STATES OF AMERICA

vs.

OCTAVIO DELEMOS,
ALFREDO DALMAU, and
RUDDY PEREZ-ESPINAL,

Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No
   If yes, was it pending in the Central Region?
   ___ Yes ___ No

2. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Narcotics Section (Miami) of the United States Attorney's Office prior to May 18, 2003? ___ Yes  _X_ No

4. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ___ Yes  _X_ No

5. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ___ Yes  _X_ No

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

BY: _____
Scott M. Edenfield
Court ID A5501041
99 N. E. 4th Street
Miami, Florida  33132-2111
TEL (305) 961-9086
FAX (305) 530-7976

AO 91 (Rev. 5/85) Criminal Complaint AUSA E. FIELD

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

OCTAVIO DELEMOS,
ALFREDO DALMAU, and
RUDDY PEREZ-ESPINAL

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-3512-Dubé

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 11, 2007, in Miami-Dade County, in the Southern District of Florida, the defendants, OCTAVIO DELEMOS, ALFREDO DALMAU, and RUDDY PEREZ-ESPINAL, did knowingly and with the intent to defraud possess fifteen or more counterfeit access devices, that is, counterfeit credit cards; in violation of Title 18, United States Code, Section 1029(a)(3).

I further state that I am a Special Agent of the U.S. Secret Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

MANUEL L. VAZQUEZ, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to before me, and subscribed in my presence,

December 12, 2007
Date

at Miami, Florida
City and State

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

I, Manuel L. Vazquez, being duly sworn, depose and state:

1. I am a Special Agent with the United States Secret Service ("USSS") and have been so employed since March, 2007. I am assigned to the Miami Field Office of the USSS, and my duties have included investigating the fraudulent use of access devices. I make this affidavit in my official capacity as a Special Agent in support of showing that I have probable cause to believe that Octavio DELEMOS, Alfredo DALMAU, and Ruddy PEREZ-ESPINAL violated Title 18, United States Code, Section 1029 (a)(3).

2. This affidavit is based on my personal knowledge, information provided to me by other USSS Agents, and Agents of the Drug Enforcement Administration (DEA). Moreover, the facts set forth herein do not constitute all the facts known in this matter, only those that I believe are necessary to support a finding of probable cause.

3. On December 11, 2007, Agents of the USSS were contacted by Agents of the DEA who stated members of their agency, while investigating a separate matter, had secured a residence located at 11179 NW 80th Lane, Miami, Florida, for the purposes of serving a federal search warrant where they had probable cause to believe there was evidence of access device fraud within the residence. The warrant was issued by the United States District Court for the Southern District of Florida on December 11.

4. Pursuant to the warrant, Agents of the DEA and USSS searched the residence located at 11179 NW 80th Lane, Miami, Florida, owned by Alfred DALMAU. The following contraband relating to access device fraud was recovered within the residence: more than fifteen counterfeit credit cards; several counterfeit identification cards; several hundred blank plastic cards with magnetic strips inset on the cards; several rolls of tipping foil, which is material used to give a metallic appearance to embossed letters and numbers; miscellaneous papers containing hand written credit card account numbers; electronic storage devices (thumb drives); laptop computers; and desktop computers. Based upon my training and experience, these items are commonly used in the manufacture of counterfeit credit cards.

5. Through the use of genuine passports and resident alien identification cards, Agents of the USSS and DEA identified the on-scene occupants of the residence to be Octavio DELEMOS, Alfredo DALMAU, and Ruddy PEREZ-ESPINAL.

6. Among the contraband located within the subject residence were two counterfeit American Express Optima credit cards embossed and encoded in the name of "Franco Vitini." In close proximity to these counterfeit credit cards was a

counterfeit Dominican Republic driver's license in the name of "Franco Vitini Corripio" with Alfredo DALMAU's photograph on the document.

7. Also located in the search of the residence was a counterfeit American Express Gold credit card embossed and encoded in the name of "Raul Nader." In close proximity to this counterfeit American Express Gold credit card was a counterfeit Dominican Republic driver's license in the name of "Raul Nader Martinez" with Octavio DELEMOS's photograph on the document.

8. Also located in the search of the residence was a counterfeit Discover Gold credit card embossed and encoded in the name of "Carlos Diaz." In close proximity to this counterfeit Discover Gold credit card was a counterfeit Dominican Republic driver's license in the name of "Carlos Diaz Nadal" with Ruddy PEREZ-ESPINAL's photograph on the document.

9. Based upon the above, I submit there is probable cause to believe that the noted subjects, "Alfredo DALMAU," "Ruddy PEREZ-ESPINAL," and "Octavio DELEMOS," have violated Title 18, United States Codes, Section 1029 (a)(3), by possessing more than fifteen counterfeit credit cards with the intent to defraud.

FURTHERMORE AFFIANT SAITH NOT.

Manuel L. Vazquez
Special Agent United States Secret Service

Subscribed and sworn to before me,
this 12th day of December, 2007.

ROBERT L. DUBE
UNITED STATES MAGISTRATE JUDGE